# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ADNAN OKANOVIC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ADVANCED DISPOSAL SERVICES )<br>NORTH GEORGIA, )<br>)<br>Defendant. ) | CIVIL ACTION NO:<br>1:15-CV-3696-SCJ |

## JOINT MOTION TO COMPEL ARBITRATION
## AND DISMISS THIS ACTION

Defendant Advanced Disposal Services North Georgia ("Defendant") and Plaintiff Adnan Okanovic ("Plaintiff") (collectively "the Parties"), by and through their undersigned counsel, hereby submit this Joint Motion to Compel Arbitration and Dismiss this Action. In connection with his employment with Defendant, Plaintiff entered into an agreement to arbitrate claims he may have against the Defendant, including the claims in this action. After reviewing and considering this agreement, the parties have agreed that Plaintiff's claims in this matter should be deferred to arbitration pursuant to the agreement between the parties. The United States Court of Appeals for the Eleventh Circuit and all federal courts follow the liberal policy favoring arbitration agreements as outlined in the Federal

Arbitration Act, 9 U.S.C. Sections 1 et. seq. *Moses H. Cone Memorial Hospital v. Mercury Construction Corporation*, 460 U.S. 1, 24 (1983); *Kaley v. Gulf Stream Aerospace Corp.*, 428 F.3d 1359, 1367 (11th Cir. 2005)(affirming District Court's dismissal and order to arbitrate FLSA claims).  Accordingly, the parties respectfully request that the Court grant the parties' Joint Motion to Compel Arbitration and Dismiss this Action.

Respectfully submitted, this 11th day of December, 2015.

| /s/Charles R. Bridgers | /s/A. Craig Cleland |
|---|---|
| Charles R. Bridgers | A. Craig Cleland |
| Georgia Bar No. 080791 | Georgia Bar No. 129825 |
| charlesbridgers@dcbflegal.com | craig.cleland@ogletreedeakins.com |
| Kevin D. Fitzpatrick, Jr. | C. Garner Sanford, Esq. |
| Georgia Bar No. 262375 | Georgia Bar No. 005020 |
| kevin.fitzpatrick@dcbflegal.com | garner.sanford@ogletreedeakins.com |
| DeLong, Caldwell, Bridgers, | OGLETREE, DEAKINS, NASH, |
| Fitzpatrick & Benjamin, LLC | SMOAK & STEWART, P.C. |
| 101 Marietta Street, Suite 3100 | One Ninety One Peachtree Tower |
| Atlanta, GA  30303 | 191 Peachtree Street, N.E., Suite 4800 |
| Telephone: (404) 979-3150 | Atlanta, Georgia 30303 |
| Facsimile: (404) 979-3170 | Telephone: (404) 881-1300 |
|  | Facsimile: (404) 870-1732 |