UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ADNAN OKANOVIC,<br><br>    Plaintiff,<br><br>v.<br><br>ADVANCED DISPOSAL SERVICES NORTH GEORGIA,<br><br>    Defendant. | CIVIL ACTION NO:<br>1:15-CV-3696-SCJ |

## CONSENT ORDER

This matter is before the Court on the Parties' Joint Motion to Compel Arbitration and Dismiss this Action. This Joint Motion is hereby GRANTED, and this action is DISMISSED.

So ORDERED this  11th  day of December, 2015.

s/Steve C. Jones
United States District Judge

23222969.1